**United States District Court**
For the Northern District of California

**\*E-FILED 02-22-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE ZENONE, | No. C09-05808 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| NATIONAL ENTERPRISE SYSTEMS, | |
| Defendant. | |

The court is informed that this action has settled. In light of the settlement, all pretrial dates have been vacated.

**On or before March 31, 2010**, plaintiff shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **April 13, 2010, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than April 6, 2010**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this Order.

1  SO ORDERED.

2  Dated:   February 22, 2010

3  _____
HOWARD R. LLOYD
4  UNITED STATES MAGISTRATE JUDGE

5:09-cv-05808-HRL Notice has been electronically mailed to:

Ryan Scott Lee rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com, ppalomo@consumerlawcenter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.